UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REBEKAH RUSSELL,

        Plaintiff,               CIV. S-05-2001-PAN

     v.

JO ANNE B. BARNHART,                ORDER
Commissioner of Social
Security,

        Defendant.

-o0o-

Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's affidavit is incomplete inasmuch as she answered question 3f (income from other sources) with "yes" but failed to disclose the source or amount of the funds received. Plaintiff shall file a new, <u>complete</u> application within 20 days from service of this order, or pay the filing fee,

////

////

or the clerk is directed to close this file.

Dated: November 9, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge